# Zimbra

dthompson@nwaonline.com

## eFOIA Request Received

**From :** efoia@subscriptions.fbi.gov  
**Subject :** eFOIA Request Received  
**To :** dthompson@nwaonline.com  

Thu, Aug 18, 2022 01:09 PM

### Organization Representative Information

| Field | Value |
|---|---|
| Organization Name | Northwest Arkansas Democrat-Gazette |
| Prefix | Mr. |
| First Name | Mark |
| Middle Name | Douglas |
| Last Name | Thompson |
| Suffix | II |
| Email | dthompson@nwaonline.com |
| Phone | 479-957-8650 |
| Location | United States |

EXHIBIT A

## Domestic Address

**Address Line 1**: 212 N. East Avenue
**Address Line 2**:
**City**: Fayetteville
**State**: Arkansas
**Postal**: 72701

## Agreement to Pay

**How you will pay**: I am willing to pay additional fees and will enter the maximum amount I am willing to pay in the box below.
**Allow up to $**: 200

## Non-Individual FOIA Request

| | |
|---|---|
| **Request Information** | Requesting the findings and final recommendations of charges in the investigation of FBI Special Agent Robert Cessario, who pleaded guilty to one count relating to the deliberate erasing of the hard drive of a FBI laptop computer used to gather evidence in a public corruption investigation. To the best of our knowledge, the Office of Inspector General conducted the investigation and the official investigation case number is: 20018-003004. I am attaching a copy of his plea agreement which, beginning on page 7, gives a description of the factual basis for his guilty plea. The case in which Cessario pleaded guilty is 5:22-cr-50053-PKH. The case in which Mr. Cessario's actions came to light is United States of America vs. Jonathan Woods 5-17-CR-50010-TLB-1. Any privacy considerations are outweighed by the already wide publicity surrounding this case, including coverage of court hearings in 2018 in which Cessario testified and in which his stated rationale for the wiping was described by the presiding judge and the assistant U.S. attorney at the hearing as unbelievable. I will also attach a copy of a representative story in our newspaper's coverage of this matter. We also request a copy of records showing any disciplinary action taken against Cessario, and records when he left the FBI's employ and if he draws a pension from his service there. |
| **Expedite** | |

| | |
|---|---|
| **Expedite Reason** | Cessario was lead investigator in a public corruption case that resulted in the criminal convictions of six state legislators -- so far. His criminal act became public knowledge after an open court hearing more than four years ago, and his act was described by the trial judge in that corruption case as "reprehensible" in a court order. His act is a subject of legal appeals in those cases to this day. Full disclosure of what happened here is needed. |

\*\*

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

\*\*

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI���s electronic FOIA Library (The Vault) on the FBI���s public website, http://vault.fbi.gov by clicking on the ���Check Status of Your FOI/PA Request tool��� link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.