

**U.S. Department of Justice**

**Federal Bureau of Investigation**
Washington, D.C. 20535

March 27, 2023

MR. MARK DOUGLAS THOMPSON II
NORTHWEST ARKANSAS DEMOCRAT-GAZETTE
212 NORTH EAST AVENUE
FAYETTEVILLE, AR 72701

OIP Appeal Number: 202300588
FOIPA Appeal No.: 1557725-000
Subject: CESSARIO, ROBERT

Dear Mr. Thompson:

This acknowledges your Freedom of Information/Privacy Acts (FOIPA) remanded appeal has been received by the FBI from the Office of Information and Policy for processing. Below you will find check boxes and informational paragraphs about your request. Please read each one carefully.

- [x] We have opened your remanded appeal and will inform you of the results in future correspondence.

- [ ] We have converted your NFP into a FOIPA appeal; therefore, the NFP number originally assigned to your request will now appear as the FOIPA appeal number listed above.

- [ ] Your request for a fee waiver is being considered and you will be advised of the decision if fees are applicable.

Please check the status of your FOIPA request at www.vault.fbi.gov by clicking on "Check Status of your FOI/PA Request." **Enter the OIP Appeal Number (ex. 201500123) listed above, without hyphens.** Status updates are adjusted weekly. The status of newly assigned requests may not be available until the next weekly update. If the FOIPA has been closed the notice will indicate that appropriate correspondence has been mailed to the address on file.

Additional information about the FOIPA can be found at www.fbi.gov/foia. Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov. Please reference the FOIPA Request number listed above in all correspondence concerning your request..

Sincerely,

Joseph E. Bender, Jr.
Acting Section Chief
Record/Information Dissemination Section
Information Management Division



EXHIBIT E