JOHN BOOZMAN
ARKANSAS

555 DIRKSEN SENATE OFFICE BUILDING
WASHINGTON, DC 20510
202-224-4843

COMMITTEES:

AGRICULTURE, NUTRITION, AND FORESTRY
RANKING MEMBER

APPROPRIATIONS
RANKING MEMBER, MILITARY CONSTRUCTION, VETERANS AFFAIRS, AND RELATED AGENCIES

ENVIRONMENT AND PUBLIC WORKS

VETERANS' AFFAIRS

# United States Senate
WASHINGTON, DC 20510

December 12, 2023

Doug Thompson
6238 West Limerick Way
Fayetteville, AR 72704-5146

Dear Doug,

Thank you again for contacting my office concerning your FIOA request.

As you know, I was in touch with the appropriate DOJ officials, and I received the enclosed letter in response stating that your appeal is still being processed.

I hope that this information is helpful. If you ever need assistance with a federal matter in the future, do not hesitate to contact my office.

Sincerely,

John Boozman
U.S. Senator

JB: slm

**EXHIBIT F**

106 W. MAIN ST.         1120 GARRISON AVE.    300 S. CHURCH ST.    1401 W. CAPITOL AVE.    213 W. MONROE     1001 HWY. 62 E.              620 E. 22ND ST.
SUITE 104               SUITE 2B              SUITE 400            SUITE 155               SUITE N           SUITE 11                     SUITE 204
EL DORADO, AR 71730     FORT SMITH, AR 72901  JONESBORO, AR 72401  LITTLE ROCK, AR 72201   LOWELL, AR 72745  MOUNTAIN HOME, AR 72653      STUTTGART, AR 72160
870-863-4641            479-573-0189          870-268-6925         501-372-7153            479-725-0400      870-424-0129                 870-672-6941



U.S. Department of Justice

Federal Bureau of Investigation
Information Management Division
Washington, DC 20535-0001

December 06, 2023

The Honorable John Boozman
United States Senator
Suite N
213 West Monroe
Lowell, AR  72745

Dear Senator Boozman:

      I am responding to your inquiry concerning the status of either a Freedom of Information Act and/or Privacy Act (FOIPA) request.

      The enclosed report contains information regarding the status of the request made by your constituent. The following is an explanation of each field used in the report:

*Tracking #:* A unique Federal Bureau of Investigation (FBI) reference number for each inquiry. Please utilize this reference number for follow-up inquiries regarding the status of FOIPA requests.

*Date of Congressional Request:* The date of the original inquiry submitted by a Congressional representative.

*Attention:* The liaison contact identified in the original inquiry by the Congressional representative.

*Constituent Name:* Identifies the constituent.

*Date FOIPA Request Received:* Identifies the date the request was received by the FBI from the constituent or Congressional representative, as applicable.

*Status:* Indicates the state of the request.
      Finalized    – Identifies the request as complete.
      In Process    – Identifies the request as currently under review.
      Not Received   – Request not received by the FBI.

*Date Finalized:* Indicates the date when the request was finalized or information was sent to your constituent.

*Notes:* Identifies pertinent data regarding the specific case.

The Honorable John Boozman
Page Two

    The FBI processes thousands of FOIPA requests each year, with each request requiring careful research. We know how important this information is to your constituent; however, the nature of this information requires that our research process renders a thorough and accurate result.

    The information provided on the enclosed report should assist you in responding to your constituent.

                    Sincerely,

                    James T. Klipfer
                    Acting Deputy Assistant Director

Enclosure

# Federal Bureau of Investigation

## FOIPA Status Report

**Date of Congressional Inquiry:** 8/1/2023   **Attention:** Stacey Mattingly

| Trim # | Constituent Name | Date Request Received In FOIPA | Status | Date Finalized | Notes |
|---|---|---|---|---|---|
| Ser 3 Ld 3 | Mark Thompson | 8/24/2022 | In Process | | On August 24, 2022, the FBI received Mr. Thompson's request for records pertaining to Robert Cessario, and assigned it FOIPA request number 1557725-000. Mr. Thompson was informed by letter dated October 17, 2022, that his request was being categorically denied pursuant to FOIA exemptions (b)(6) and (b)(7)(C), 5 U.S.C. §§ 552 (b)(6) and (b)(7)(C). Mr. Thompson filed an appeal with the Office of Information Policy (OIP) on January 10, 2023, and was assigned appeal number A-2023-00588. By letter dated March 23, 2023, OIP notified Mr. Thompson that his request was being remanded to the FBI as it was determined that the subject's guilty plea greatly diminished his privacy interest. As such, on March 27, 2023, the FBI notified Mr. Thompson that his appeal had been received by the FBI and a search was being conducted. Potentially responsive records have been located and the FBI is currently retrieving and evaluating files that may be responsive to the FOIPA. Once completed, Mr. Thompson will be notified of the results by mail sent to his address of record. Mr. Thompson may check the status of his request online at http://vault.fbi.gov by clicking on 'Check Status of Your FOI/PA Request' on the right side of the page and entering 1557725-000 into the search box. Additionally, Mr. Thompson may contact the FBI FOIA Public Information Officer (PIO) with questions pertaining to his request at foipaquestions@fbi.gov or by phone at (540) 868-4593. |