**Zimbra**                                                                                                                                    dthompson@nwaonline.com

### Fwd: FOIA request 1557725 / Robert Cessario

**From :** Lisa Thompson <lthompson@nwaonline.com>                                 Tue, Apr 09, 2024 10:23 AM
**Subject :** Fwd: FOIA request 1557725 / Robert Cessario                                           📎 2 attachments
**To :** Doug Thompson <dthompson@nwaonline.com>



**Lisa Thompson**
Executive Editor | **lthompson@nwaonline.com**
479-872-5168 |

___

**Northwest Arkansas Democrat-Gazette www.nwadg.com**
**Our community. Our paper.**

212 N East Ave | Fayetteville, AR 72701

Begin forwarded message:

**From:** Carla Gardner <cgardner@nwaonline.com>
**Subject: Fwd: FOIA request 1557725 / Robert Cessario**
**Date:** April 9, 2024 at 10:20:01 AM CDT
**To:** Lisa Thompson <lthompson@nwaonline.com>

**From:** "FBI FOIPA NEGOTIATION" <FBI.FOIPA.NEGOTIATION@FBI.GOV>
**To:** "Carla Gardner" <sthompson@nwaonline.com>
**Sent:** Tuesday, April 9, 2024 10:01:54 AM
**Subject:** FOIA request 1557725 / Robert Cessario

Good morning Mr. Thompson,

We're contacting you in reference to the FOIPA request number included in the subject line of this email. The FBI located approximately 3783 pages potentially responsive to your request. In your request, you agreed to pay $200.00 for processing.



EXHIBIT H

Requests are processed in the order in which they are received through our multi-track processing system:

    Simple track requests (0-50 pages) current average time is approximately 4 months to complete;
    Small track requests (51-250 pages) current average time is approximately 12 months to complete;
    Medium track requests (251-500 pages) current average time is approximately 41 months to complete;
    Large track requests (501-4,999 pages) current average time is approximately 67 months to complete; and
    Extra-large track requests (5,000+ pages) current average time is approximately 79 months to complete.

The current average time to complete large track request is at least 67 months. Reducing the scope of your request may accelerate the processing, allow for a timelier receipt of the information you seek, and reduce the duplication costs, if applicable. Would you be willing to consider reducing the scope of your request to place it in a smaller, potentially faster processing track?

Please let us know if this is something you would be interested in further discussing. If you chose to narrow the scope of your request, you will be able to request remaining material via a new FOIPA request submission at the completion of this request, subject to applicable fees.

Best regards,

Negotiation Team
Federal Bureau of Investigation
Fbi.foipa.negotiation@fbi.gov

Status Checks: https://vault.fbi.gov/fdps-1/@@search-fdps | foipaquestions@fbi.gov
For additional information, please visit the www.fbi.gov/foia website.

