### Re: Help with a records request.

**From:** Mattingly, Stacey (Boozman) <Stacey_Mattingly@boozman.senate.gov>  
**Subject:** Re: Help with a records request.  
**To:** Doug Thompson <dthompson@nwaonline.com>

Mon, Apr 15, 2024 10:02 AM  
📎 1 attachment

Can you send me a copy of the letter so I can take a look? We don't get involved in the actual process - we can make sure the request was received and check for updates, but I can ask for an explanation on the timeframe they provided.

Stacey Mattingly  
Casework Manager  
Office of Senator John Boozman  
213 W. Monroe, Suite N  
Lowell, Arkansas 72745  
479-725-0400 phone  
479-725-0408 fax

---

**From:** Doug Thompson <dthompson@nwaonline.com>  
**Date:** Friday, April 12, 2024 at 3:19 PM  
**To:** Stacey Mattingly <Stacey_Mattingly@boozman.senate.gov>  
**Cc:** "McKenzie, Hannah (Boozman)" <Hannah_McKenzie@boozman.senate.gov>  
**Subject:** Help with a records request.

Stacey;

I'm in a long, long struggle with the FBI over record. I wouldn't have gotten anywhere without help from Sen. Boozman's office.

Well, now the FBI has replied -- saying it will take 5 years, seven months to comply with my request.

I called Sara Lasure who told me you are the one to talk to about this.

I can forward the email from the DoJ and so forth but thought I'd contact you first. When you can just let me know what I need to do. Also, if you want it, my cell # is 479.957.8650. Thanks in advance.



EXHIBIT J