IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DOUG THOMPSON and LISA THOMPSON**                                               **PLAINTIFFS**

**v.**                               **CASE NO. 5:24-CV-5145**

**FEDERAL BUREAU OF INVESTIGATION**                                                 **DEFENDANT**

### CASE MANAGEMENT ORDER

A Case Management Hearing was conducted on November 14, 2024. After a review of the parties' Rule 26(f) Joint Report, and based on discussions with counsel during the hearing, and pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED:

The Court understands that Defendant has identified roughly 3,700 pages of documents that are potentially responsive to the FOIA request that is at issue in this matter, and that Defendant has further narrowed in on roughly 1,200 pages of those documents which Defendant believes will fully satisfy Plaintiffs' FOIA request. Defendant shall immediately begin reviewing the latter subset of materials. On or before **December 31, 2024**, Defendant shall have reviewed at least 500 pages of these materials, and for each such page shall have either produced it to Plaintiffs or have determined that its production is not required by FOIA. Defendant shall likewise process an additional 500 pages of these materials per month each month thereafter until it has completed its review of the entire narrower subset referenced above. Immediately upon completing this review and production process, and in any event no later than **March 31, 2025**, Defendant shall provide Plaintiffs with a *Vaughn* index describing each potentially responsive document it has reviewed that has been withheld from Plaintiffs, with said index containing "a general description of each document's contents, including information about the document's creation, such as date, time, and place," as well as "the exemption claimed by the government . . . and an explanation as to why the exemption applies to the document in question." *In re Dept. of Justice*, 999 F.2d 1302, 1305–06 (8th Cir. 1993). Simultaneously with its production of the

*Vaughn* index regarding the subset of roughly 1,200 pages of materials, Defendant shall also provide Plaintiffs with categorical descriptions of the remaining roughly 2,500 pages of documents in the broader set of potentially responsive materials.

Settlement should be immediately reported to the Court. No later than **April 30, 2025**, Plaintiffs shall inform the Court whether the above-described process has resulted in the full resolution of their claims or if further litigation will be necessary. If further litigation is necessary, then the Court will enter a new scheduling order at that time, setting forth dates and deadlines relating to discovery, amendment of pleadings, motions, and trial.

**IT IS SO ORDERED** this 26th day of November, 2024.

    */s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE