IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DOUG THOMPSON and
LISA THOMPSON                                                    PLAINTIFFS

V.                              CASE NO. 5:24-CV-5145

FEDERAL BUREAU OF INVESTIGATION                                 DEFENDANT

## JUDGMENT

For the reasons stated in the Memorandum Opinion and Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** that Defendant FBI's Motion for Summary Judgment (Doc. 17) is **GRANTED**, and the case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED** on this 28th day of July, 2026.

_____
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE